Jose Velez
3936 S Semoran Blvd #317
Orlando, FL 32822
Tel.: (407) 456-4880
Fax Number: n/a
Email: jvelez2@protonmail.com
Plaintiff *In Propria Persona*

UNITED STATES DISTRICT COURT
U.S. DISTRICT OF ORERGON

| | |
|---|---|
| Jose Velez,<br>　　　　Plaintiff,<br>　　vs.<br>Alexander's Greek Cuisine, et al<br>　　　　Defendant(s) | CASE #: 6:19-cv-01493-MK<br><br>MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Plaintiff, JOSE VELEZ hereby moves voluntary dismissal **WITHOUT PREJUDICE** and without imposition of costs or attorney fees as to **ALL DEFENDANTS** pursuant to Fed. R. Civ. P. 41 on the basis that given the Covid-19 situation, Plaintiff has no intention to return to the public accommodation in question in the near future and has no intention of patronizing these *specific* public accommodation(s) at this time. Chapman v. Pier 1 Imports (U.S.) Inc. 631 F.3d 939, 950 (9th Cir. 2011) (an ADA plaintiff may establish injury for standing purposes by showing an "inten[t] to return to a noncompliant accommodation" or that the noncompliant accommodation deterred the plaintiff from visiting and the plaintiff "plans to visit [the] noncompliant accommodation in the future").

Dated: April 20, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSE VELEZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
　　　　　　　　　　　　　　　　　　　　　　　　　　　　IN PROPRIA PERSONA

## CERTIFICATE OF SERVICE

Because I am not a registered CM/ECF user, I certify that this document was sent to the Court on April 20, 2020 by executing a copy of this document and sending it, along with one copy, to the Clerk of the Court; and all registered CM/ECF users will be notified of this filing in due course by the Clerk of the Court; and all non-CM/ECF users were notified of this filing by U.S. First Class Mail.

Dated: April 20, 2020



JOSE VELEZ

PLAINTIFF

IN PROPRIA PERSONA

---

MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 2