IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSE VELEZ,<br><br>                              Plaintiff,<br><br>V.<br><br>ALEXANDER'S GREEK CUISINE,<br><br>                              Defendant. | 6:19-cv-01493-MK<br><br>JUDGMENT |

As per Order (ECF No. 35) granting Plaintiff's Motion for Voluntary Dismissal (ECF No. 34), this action is dismissed without prejudice and without imposition of costs or attorney fees to any party.  Pending motions, if any, are denied as moot.  All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 28th day of April 2020.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI
United States Magistrate Judge